```
                                                            FILED
                                                       U.S. DISTRICT COURT
                                                      DISTRICT OF MARYLAND

         IN THE UNITED STATES DISTRICT COURT          2014 NOV 20  PM 12:10
            FOR THE DISTRICT OF MARYLAND
                                                         CLERK'S OFFICE
                                                         AT GREENBELT

                                                     BY____bU____DEPUTY
```

Mary E. Chambers
_____

3462 24th Street SE
_____

Washington, DC 20020
_____
(Full name and address of the plaintiff)

        GDH 14 CV 3648

v.                      Civil Action No._____
                      (Leave blank. To be filled in by Court.)

Office of the Attorney General
_____

441 4th Street N.W., Sutie 1100
_____

Washintone , DC 20001
_____

C/O: Irv Nathan or Charles Willoughby
_____
(Full name and address of the defendant(s))

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff is a resident of <u>District of Columbia</u>.
   (Fill in county or city and state of residence)

2. Defendant(s) reside(s) or does business at the following location: <u>District of Columbia near Judiciary Square</u>.

3. This action is brought pursuant to (check all spaces that apply):

   [✔] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   [ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is: _____.

Complaint: Employment Discrimination (Rev. 6/2000)

Case: Mary E. Chambers, Plaintiff vs Office of the Attorney General, DC Defendant

## **Additional Defendants**

Rosalind R. Ray

Law Offices of Rosalind R. Ray

6856 Eastern Avenue N.W., Suites 208 & 308

Washington, DC 20020


Office of the Attorney General

441 4th Street N.W., Suite# 1100

Washington, DC 20001


Irvin (Irv) Nathan, Esq.

Office of the Attorney General

441 4th Street N.W., Suite# 1100

Washington, DC 20001


Charles Willoughby, Esq.

Office of the Attorney General

441 4th Street N.W., Suite# 1100

Washington, DC 20001

☐     Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☑     Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

4.     I am complaining about (check all that apply):

☐     Failure to hire me. I was refused a job on the following date: _____

☐     Termination of my employment. I was terminated from my employment on the following date: _____.

☐     Failure to promote me. I was refused a promotion on the following date: _____.

☑     Other (explain what happened): Constant harrassment and hostile work environment, was refused a transfer to another location when threat were being made by another employee and denied the ability to pursue goals of achievement for future consideration of other openings.

5.     The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

☐ race    ☐ color    ☐ religion    ☑ sex    ☐ age    ☐ national origin    ☑ disability

6.     The facts of my claim are: Evidence of refusing to pay, retaliation due to filing a complaint, constant payroll delays, and inadequate disbursement of leave. Mishandling medical claims and inforation to support the request from my doctor of not being able to function properly. I have emailed, and complied as requested and most recentlt submitted information to support my immediate family health conditions, and was harrassed on those issues. Also, exposed too HiPPA law violation due to having personal questions directed for information and worker namely Daniel Coleman tok it upon herself to make contact with the Dr after the notes were given . This

Complaint: Employment Discrimination (Rev. 6/2000)                            2

action created an undue hardship where donated leave was given from other employees to help with my leave in a result for use in proper pay. I have requested several audits in Pay , and nothing has been done. Constant denial of benefits and payments, plus losing documentation which qualified me for my benefits. I am still being harrassed as they continue to tamper with my pay.EOS

7. The approximate number of people employed by Defendant is: 500 or more

8. The events I am complaining about took place on the following dates or time period:
From January 2014 thru current.

9. I filed charges on the following date: 07/14/2014 with:

[✔] Equal Employment Opportunity Commission (EEOC)

[ ] Maryland Human Relations Commission

[ ] Other (give name of agency and location):_____

10. I received a right to sue letter (attach copy) on the following date: 08/29/2014
the letter was handdated 08/21/2014.

WHEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

[✔] Injunctive relief (specify what you want the Court to order): Relocation, repair the problems created with my personal finance by giving letters of their mishaps, punitive damges where i can ge my finances back in order, and extend edcational resources and act on threats

[✔] Back pay.

[ ] Reinstatement to my former position.

☑  Monetary damages in the amount of: $350,000.00 undue hardship and health many others .

☐  Costs and attorneys fees.

☑  Other (specify): letter of an apology, and other relief where harm was done from emotional, and mental stress.

_11-17-14_
(Date)

_(Signature)_
Mary E. Chambers

3462 24th Street SE

Washington, DC 20020

202-669-6183
(Printed name, address and phone number of Plaintiff)