# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-7098**  **September Term, 2021**

**1:14-cv-02032-RBW**

**Filed On: June 23, 2022** [1951648]

Mary E. Chambers,

    Appellant

  v.

District of Columbia,

    Appellee

## M A N D A T E

In accordance with the judgment of June 23, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed June 23, 2022